**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

No. 00-6598

—————

ERNEST LEE JONES,

Plaintiff - Appellant,

versus

ROBERT WARD, Warden of Evans Prison; PATRICIA
POWELL, Grievance Clerk of Evans Prison; SCOTT
JOHNSON, Grievance Clerk of Evans Prison, all
sued in their individual and official
capacities,

Defendants - Appellees.

—————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Dennis W. Shedd, District Judge.
(CA-99-1248-4-19BF)

—————

Submitted:  July 13, 2000          Decided:  July 25, 2000

—————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Ernest Lee Jones, Appellant Pro Se.  Steven Michael Pruitt, BURNS,
MCDONALD, BRADFORD, PATRICK & TINSLEY, Greenwood, South Carolina,
for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ernest Lee Jones appeals the district court's order granting summary judgment to the Defendants on Jones' 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Jones v. Ward, No. CA-99-1248-4-19BF (D.S.C. Mar. 31, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED